**Lontay K. ROBERTSON,
Petitioner–Appellant,**

v.

**Cheryl PLILER, Warden, Respondent–
Appellee.**

No. 03–17084.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 7, 2004.*

Decided Dec. 16, 2004.

Richard Such, Esq., Palo Alto, CA, for Petitioner–Appellant.

Stan M. Helfman, Esq., Laurence K. Sullivan, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: KOZINSKI, W. FLETCHER and BYBEE, Circuit Judges.

MEMORANDUM **

The state courts' decisions, finding that appellant failed to demonstrate ineffective assistance of counsel, were neither contrary to nor unreasonable applications of clearly established federal law. *See* 28 U.S.C. § 2254(d); *Strickland v. Washington,* 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) (stating the requirements for an ineffective assistance of counsel claim). Nor was it unreasonable for

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

the courts to reject appellant's claim that his due process rights were violated by the juvenile court judge's refusal to consider new evidence that had not been heard by the referee.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

